**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1431

TIMOTHY E. FINLEY,

Plaintiff - Appellant,

v.

TIMOTHY M. CONROY, Narcotics Detective, in his individual
and official capacity; BOBBY CARIAS, Narcotics Detective, in
his individual and official capacity; DAVE M. HENDERSON,
Captain, in his individual and official capacity; WILLIE L.
JOHNSON, Chief of Police, in his individual and official
capacity; WILLIAM D. RICHARDSON; OSHUN CYRUS HINTON,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior
District Judge.  (6:11-00196-HFF-KFM)

Submitted:  August 18, 2011          Decided:  August 22, 2011

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Timothy E. Finley, Appellant Pro Se.  O. Cyrus Hinton, O. CYRUS
HINTON LAW OFFICES, Rock Hill, South Carolina; William D.
Richardson, Easley, South Carolina; Appellees Pro Se; Nathaniel
Heyward Clarkson, III, Amy Miller Snyder, CLARKSON WALSH TERRELL
& COULTER, P.A., Greenville, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy E. Finley seeks to appeal the district court order adopting the magistrate judge's report and recommendation and dismissing without prejudice two Defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Finley seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED